FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Christopher J. Bridger
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD LEE RALSTON, Jr. and
JESSE LEE JOHNSON,

Defendants.

1:23:CR-2036-MKD

INDICTMENT

Vio: 21 U.S.C. § 846
Conspiracy to Distribute
500 Grams or More of
Methamphetamine

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

Beginning on a date unknown, but by or on about May 4, 2023, and continuing until on or about June 7, 2023, in the Eastern District of Washington, the Defendants, RONALD LEE RALSTON, Jr., and JESSE LEE JOHNSON, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of

INDICTMENT – 1

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846, as set forth in this Indictment, the Defendants, RONALD LEE RALSTON, JR. and JESSE LEE JOHNSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT – 2

DATED this 13 day of June, 2023.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 3