**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br><br>-vs-<br><br>JESSE LEE JOHNSON (2), | Plaintiff,<br><br><br><br>Defendant. | Case No.  1:23-CR-02036-MKD-2<br>**CRIMINAL MINUTES**<br>DATE:  APRIL 9, 2024<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |
|---|---|---|

| **Honorable Mary K. Dimke** |||
|---|---|---|
| Cora Vargas | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Todd Swensen || Paul Shelton |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia |||

[ X ]  Open Court          [  ]  Chambers          [  ]  Video Conference

Defendant present in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing.

Mr. Shelton confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant's objections have been filed.

Mr. Shelton provided argument in support of defendant's objections to the Presentence Investigation Report; the Court ruled on the objections and provided findings on the guideline calculations. The Presentence Investigation Report shall be amended consistent with the Court's oral ruling on the record.

Mr. Swensen provided sentencing recommendations on behalf of the government.

The defendant's mother addressed the Court on behalf of the defendant.

Mr. Shelton provided sentencing recommendations and comments on behalf of the defendant.

The defendant addressed the Court on his own behalf.

The Court addressed the defendant and imposed sentence:

- **Imprisonment: 120 months**. The Court recommends placement at FCI Oxford.

- **Supervised Release: 5 years** on mandatory, standard and special conditions listed in the Presentence Investigation Report. Mr. Shelton waived reading of the conditions on behalf of the defendant.

## [X]  ORDER FORTHCOMING

| CONVENED:  10:15 A.M. | ADJOURNED:  10:52 A.M. | TIME:  0:37 HR. | CALENDARED  [  ] |
|---|---|---|---|

*USA -vs- Johnson*  April 9, 2024
1:23-CR-02036-MKD-2  Page 2
Sentencing Hearing

- **Fine**: waived

- **Special Penalty Assessment**: $100

Appeal rights given to the extent any exist.

Mr. Shelton indicated the defendant does not object to entry of the proposed Final Order of Forfeiture submitted by the United States.

Defendant remanded to the custody of the US Marshal.